RECEIVED AUG 0 6 2009 CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

courtesy copy

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COACH SERVICES, INC.

        Plaintiff,

-vs-

HANIL IMPORT & EXPORT, INC. et al.,

        Defendants.

Civil Action No. 09-CV-3294 PKC

**NOTICE OF SUBSTITUTION OF ATTORNEY FOR PLAINTIFF COACH SERVICES, INC.**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that **CINDY CHAN** hereby substitutes as attorney of record in place and stead of Robert L. Tucker for Plaintiff Coach Services, Inc. in the above-entitled matter.

CINDY CHAN is duly admitted to practice law in the Southern District of New York.

Consent is hereby given to said substitution.

Dated: August 5, 2009
New York, New York

Respectfully Submitted,

*/s/ Robert L. Tucker*

Robert L. Tucker (RLT 1027)
Tucker & Latifi LLP
160 East 84th Street
New York, NY 10028
Telephone: (212) 472-6200
Facsimile: (212) 744-6509
*Present Attorneys for Plaintiff Coach Services, Inc.*

Dated: August 5, 2009
Los Angeles, California

Respectfully Submitted,

*/s/ Cindy Chan*

Cindy Chan (CC 1981)
Blakely Law Group
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410
*Substituting Attorneys for Plaintiff Coach Services, Inc.*

Substitution approved. SO ORDERED. /s/ P. Kevin Castel USDJ 8-11-09

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09